

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　PLAINTIFF<br>　　　v.<br>DAN TRUNG HOANG,<br><br><br>　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>SACR 11-179-AG<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

　　Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _August 17_____, _2015_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Karen E. Scott_____, in Courtroom _6B_____.

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____N/A_____ and produced for the hearing.
　　　　　　_(Other custodial officer)_

Dated: __8/13/15_____　　　　　　　　　　_/s/ Karen E. Scott_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1